IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAY ROSENSTEIN,<br><br>　　Plaintiff,<br><br>v.<br><br>TURNING POINT USA, INC.,<br><br>　　Defendant. | Case No. 2:24-cv-01806-JCG |

## ORDER

Upon consideration of the Stipulation for Extension of Time to Respond to Complaint and Jury Demand (Doc. 13), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation for Extension of Time to Respond to Complaint and Jury Demand (Doc. 13) is granted; and it is further

**ORDERED** that Defendant shall answer or respond to Plaintiff's Complaint and Jury Demand on or before January 13, 2025.

IT IS SO ORDERED this 13th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves[*]
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.