IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JAY ROSENSTEIN,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**TURNING POINT USA, INC.,**<br><br>    **Defendant.** | **Case No. 2:24-cv-01806-JCG** |

## **ORDER**

Upon consideration of the Stipulation for Extension of Time to Respond to Complaint and File Proposed Case Management Order (Doc. 16), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation for Extension of Time to Respond to Complaint and File Proposed Case Management Order (Doc. 16) is granted; and it is further

**ORDERED** that Defendant shall answer or respond to Plaintiff's Complaint and Jury Demand on or before February 27, 2025; and it is further

**ORDERED** that the Parties shall meet and confer and file a joint proposed scheduling order on or before March 3, 2025.

IT IS SO ORDERED this 10th day of January, 2025.

   /s/ Jennifer Choe-Groves
Jennifer Choe-Groves[*]
U.S. District Court Judge

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.