IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JAY ROSENSTEIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**TURNING POINT USA, INC.,**<br><br>    Defendant. | Case No. 2:24-cv-01806-JCG |

## ORDER

Upon consideration of the Stipulation for Extension of Time to Respond to Complaint and Jury Demand (Doc. 18), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Stipulation for Extension of Time to Respond to Complaint and File Proposed Case Management Order (Doc. 18) is granted; and it is further

**ORDERED** that Defendant shall answer or respond to Plaintiff's Complaint and Jury Demand on or before April 14, 2025; and it is further

**ORDERED** that the Parties shall meet and confer and file a joint proposed scheduling order on or before April 21, 2025.

IT IS SO ORDERED this 27th day of February, 2025.

                                                                           /s/ Jennifer Choe-Groves
                                                                              Jennifer Choe-Groves[*]
                                                                              U.S. District Court Judge

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.