Vidula U. Patki, 030742
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2000
Phoenix, Arizona  85012-2793
(602) 640-9000
vpatki@omlaw.com

Attorneys for Jay Rosenstein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Rosenstein,<br><br>                          Plaintiff,<br><br>vs.<br><br>Turning Point USA, Inc.,<br><br>                          Defendant. | No. 2:24-cv-01806-PHX-JCG<br><br>PLAINTIFF'S NOTICE OF<br>DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jay Rosenstein hereby provides notice of dismissal with prejudice of his complaint against Turning Point USA, Inc. ("Defendant").  Because Defendant has not yet filed an answer or motion for summary judgment, this case may be dismissed upon the filing of this Notice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 26the day of March, 2025.

OSBORN MALEDON, P.A.


By     s/ Vidula U. Patki
       Vidula U Patki
       2929 North Central Avenue
       Suite 2000
       Phoenix, Arizona  85012-2793
       Attorneys for Jay Rosenstein

10786792