IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JAY ROSENSTEIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**TURNING POINT USA, INC.,**<br><br>    Defendant. | Case No. 2:24-cv-01806-JCG |

## ORDER

Upon consideration of Plaintiff's Notice of Dismissal with Prejudice (Doc. 20), and all other papers and proceedings in this action, it is hereby

**ORDERED** that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED this 27th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves*
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.